**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRIE PRITCHETT, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>VERNON-MAIN, LLC, a California limited liability company; and DOES 1-10,<br><br>   Defendants. | Case No.: 2:21-cv-02824-MRW<br><br>*Hon. Michael R. Wilner*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 1, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Terrie Pritchett's action against Defendant Vernon-Main LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: May 12, 2021

Hon. Michael R. Wilner
United States Magistrate Judge